Michael G. Helms ó 014470
**THE HELMS LAW FIRM, P.L.C.**
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Fax: (602) 358-2055

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation, | No. |
| Plaintiff | **CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| Horizon Hospitality, L.L.C., an Alabama limited liability company; and Vijay Patel, an individual, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Best Western International, Inc., Plaintiff herein, in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure.

Best Western International, Inc. hereby declares that there is no publicly held corporation that owns 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 21st day of October, 2008.

THE HELMS LAW FIRM, P.L.C.

By    /s/ Michael G. Helms
    Michael G. Helms
    2600 North Central Avenue, Suite 940
    Phoenix, Arizona 85004
    Attorneys for Plaintiff