United States District Court
for the District of Arizona
November 24, 2008

Minute Order

Case No.  CV 08-1932-PHX-MHB

Title: Best Western International, Inc., v. Horizon Hospitality. L.L.C., et al.,

_____

DOCKET ENTRY

MINUTE ORDER   Pursuant to Local Rule 3.8(a), a request has been received for a random reassignment of this case to a District Judge FURTHER ORDERED Case reassigned by random draw to Judge H. Russel Holland.  All further pleadings/papers should now list the following COMPLETE case number:  CV 08-1932-PHX-HRH.  FURTHER ORDERED that the Order to Show Cause hearing scheduled for 12/5/08 is hereby VACATED.

_____

CASE ASSIGNED TO:
          Honorable H. Russel Holland,  District Judge


(9/15/99)