IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
BEST WESTERN INTERNATIONAL, INC.,  )
an Arizona non-profit corporation, )
                                   )
                    Plaintiff,     )
                                   )
        vs.                        )
                                   )
HORIZON HOSPITALITY, L.L.C., an    )
Alabama limited liability company; )
and VIJAY PATEL, an individual,    )       No. 2:08-cv-1932-HRH
                                   )
                    Defendants.    )
_____)
```

<u>O R D E R</u>

<u>Motion for Alternative Service</u>[1]

Plaintiff has made numerous unsuccessful efforts to effect service upon the defendants as reflected in plaintiff's motion for alternative service.

The motion is granted.  Plaintiff shall mail copies of its corrected complaint, summons, and this order to Mr. Patel at his registered address and his residence address and to Birmingham Airport Hotel at its address.  Inasmuch as it appears that defendants are evading service, mailing shall be accomplished by prepaid priority mail, without registration or any request for certification of delivery.

---

[1]Docket No. 14.

- 1 -

<u>NOTICE TO DEFENDANTS</u>:  Your answer(s) to the complaint which accompanies this order is due within twenty (20) days following your receipt of this order.  The court will presume delivery of this order to have been effected four (4) days following the mailing of this order.

Plaintiff shall file an affidavit of service in accordance with this order and verifying the date of mailing.

DATED at Anchorage, Alaska, this <u>9th</u> day of January, 2009.


/s/ H. Russel Holland
United States District Judge