Michael G. Helms – 014470
**THE HELMS LAW FIRM, P.L.C.**
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Fax: (602) 358-2055

Attorneys for Best Western International, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>Plaintiff<br><br>vs.<br><br>Horizon Hospitality, L.L.C., an Alabama limited liability company; and Vijay Patel, an individual,<br><br>Defendants. | No. CV 08-1932-PHX-HRH<br><br>**AFFIDAVIT RE SERVICE OF SUMMONS** |

STATE OF ARIZONA  )
                 ) ss.
COUNTY OF MARICOPA )

MICHAEL G. HELMS, being first duly sworn upon oath, states as follows:

1. That I am the attorney for Plaintiff, Best Western International, Inc., in this action.

2. On January 13, 2009, I caused to be mailed, by Priority United States mail, postage prepaid, a copy of the summons, Complaint, and the Order of this Court authorizing alternative service, to the following:

> Vijay Patel
> 3788 University Drive NW
> Huntsville, Alabama 35816

Vijay Patel
224 Brockton Drive
Madison, Alabama 35756

Vijay Patel
c/o Birmingham Airport Hotel
3239 Point Mallard Parkway
Priceville, Alabama 35601

Vijay Patel
c/o Birmingham Airport Hotel
5216 Messer Airport Highway
Birmingham, Alabama 35212

Vijay Patel, registered agent
Horizon Hospitality, LLC
3788 University Drive NW
Huntsville, Alabama 35816

Vijay Patel, registered agent
Horizon Hospitality, LLC
224 Brockton Drive
Madison, Alabama 35756

Vijay Patel, registered agent
Horizon Hospitality, LLC
3239 Point Mallard Parkway
Priceville, Alabama 35601

Vijay Patel, registered agent
Horizon Hospitality, LLC
5216 Messer Airport Highway
Birmingham, Alabama 35212

Dated this 13th day of January, 2009.

                                                /s/ Michael G. Helms
                                                Michael G. Helms

SUBSCRIBED AND SWORN TO before me this 13th day of January, 2009.

                                                /s/ Miriam Thacker
                                                Notary Public