Michael G. Helms ó 014470
**THE HELMS LAW FIRM, P.L.C.**
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Fax: (602) 358-2055

Attorneys for Best Western International, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>    Plaintiff<br><br>vs.<br><br>Horizon Hospitality, L.L.C., an Alabama limited liability company; and Vijay Patel, an individual,<br><br>    Defendants. | No. CV 08-1932-PHX-HRH<br><br>**APPLICATION FOR ENTRY OF DEFAULT** |

Plaintiff, Best Western International, Inc., by and through undersigned counsel, hereby requests, pursuant to the provisions of Rule 55(a), F.R.Civ.Proc., that the Clerk of this Court enter the default of Defendants Horizon Hospitality, L.L.C., an Alabama limited liability company; and Vijay Patel, an individual, for the reason that said Defendants have failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure. This Application is supported by the Affidavit re Service of Summons previously filed herein.

Dated this 12th day of February, 2009.

          THE HELMS LAW FIRM, P.L.C.

By   /s/ Michael G. Helms
      Michael G. Helms
      2600 North Central Avenue, Suite 940
      Phoenix, Arizona 85004
      Attorneys for Plaintiff

Copy of the foregoing mailed this 12th day of February, 2009, to:

Vijay Patel
3788 University Drive NW
Huntsville, Alabama 35816

Vijay Patel
224 Brockton Drive
Madison, Alabama 35756

Vijay Patel
c/o Birmingham Airport Hotel
3239 Point Mallard Parkway
Priceville, Alabama 35601

Vijay Patel
c/o Birmingham Airport Hotel
5216 Messer Airport Highway
Birmingham, Alabama 35212

Vijay Patel, registered agent
Horizon Hospitality, LLC
3788 University Drive NW
Huntsville, Alabama 35816

Vijay Patel, registered agent
Horizon Hospitality, LLC
224 Brockton Drive
Madison, Alabama 35756

Vijay Patel, registered agent
Horizon Hospitality, LLC
3239 Point Mallard Parkway
Priceville, Alabama 35601

Vijay Patel, registered agent
Horizon Hospitality, LLC
5216 Messer Airport Highway
Birmingham, Alabama 35212

/s/ Michael G. Helms