# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc, ) | **CLERK'S ENTRY OF DEFAULT** |
| ) | |
| Plaintiff, ) | CV 08-1932-PHX-HRH |
| ) | |
| v. ) | |
| ) | |
| Horizon Hospitality, L.L.C.; Vijay Patel, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Horizon Hospitality, L.L.C. and Vijay Patel.

DEFAULT ENTERED this 13th day of February, 2009.

RICHARD H. WEARE
District Court Executive/Clerk

 s/ Sally Turner
By: Deputy Clerk

cc: (all counsel)