**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

<u>BEST WESTERN INTERNATIONAL, INC.</u> v. <u>HORIZON HOSPITALITY, L.L.C.</u>

THE HONORABLE H. RUSSEL HOLLAND         CASE NO. <u>2:08-cv-1932-HRH</u>

   <u>Deputy Clerk</u>                          <u>Official Recorder</u>

     -----                                -----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Plaintiff will please serve and file its motion for default judgment supported by formal proof on or before March 19, 2009.