Michael G. Helms – 014470
**THE HELMS LAW FIRM, P.L.C.**
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Fax: (602) 358-2055

Attorneys for Plaintiff Best Western
International, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation, | No. CV 08-1932-PHX-HRH |
| Plaintiff | **AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT** |
| vs. | |
| Horizon Hospitality, L.L.C., an Alabama limited liability company; and Vijay Patel, an individual, | |
| Defendants. | |

STATE OF ARIZONA )
                  ) ss.
County of Maricopa )

Cheryl Pollack, being first duly sworn upon her oath, deposes and says:

1.      I am Director of Member Services Administration of BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation.

2.      I have personal knowledge of the facts set forth in this Affidavit and am authorized by BEST WESTERN INTERNATIONAL, INC. ("BEST WESTERN") to make, execute and file this Affidavit.

3.      On or about December 20, 2006, Horizon Hospitality, L.L.C., an Alabama limited liability company; and Vijay Patel executed and delivered to BEST WESTERN a Membership Application and Agreement requesting membership in the BEST WESTERN organization with respect to the Birmingham Airport Hotel located in or near Birmingham, Alabama (the "Hotel").  BEST WESTERN accepted this application and granted Horizon Hospitality, L.L.C., and Vijay Patel membership in the BEST WESTERN organization with respect to the Hotel.

5.      At all relevant times, Defendants have been and are the owners of the Hotel, and as such, are fully aware of their contractual obligations with respect to its BEST WESTERN membership.

6.      In part, the Membership Agreements are contracts to furnish Best Western membership services and supplies to Defendants.  Pursuant to the terms of the Membership Agreement, Defendants agreed to pay promptly, when due, all fees and assessments as required by the terms of the Best Western Articles of Incorporation, Bylaws and Rules and Regulations.

7.      Subsequent to entering into the Membership Agreement, Defendants were provided with Best Western's customary membership services and supplies. On or about February 20, 2008, Best Western terminated defendants' Best Western membership for failure to maintain minimum quality standards at the Hotel and failure to comply with the Best Western Articles and Bylaws, and Best Western Rules and Regulations.   Pursuant to such termination, Best Western advised that Defendants needed to discontinue use of the Best Western Marks.

8.      Attached hereto as **Exhibit A** and incorporated herein are billing statements identifying the charges to Defendants' account and the dates and amounts incurred.  The balance of the account owed to Best Western International, Inc. by Defendants as of December 1, 2008, was $129,082.79, plus interest thereon at the rate of 1.5% per month thereafter.

9.      After repeated requests by BEST WESTERN, Defendants have refused to cease and desist from use of the name, signage and membership mark of "BEST WESTERN." The Defendants continued to hold themselves out to the public as a "BEST WESTERN" member, despite their termination of the BEST WESTERN membership in February, 2008, and despite notices regarding termination.  Attached hereto as **Exhibit "B"** are copies of photographs taken on March 13, 2008, depicting Defendants' continued use of the Best Western name and logos.

10.     On April 30, 2008, a representative of BEST WESTERN again went to the Hotel.  As part of his duties, such representative took photographs of signs and/or collateral items displayed in connection with the Hotel.  Attached hereto as **Exhibit "C"** are copies of photographs taken on May 17, 2008, depicting Defendants' continued use of the Best Western name and logos.  On October 29, 2008, a representative of BEST WESTERN again went to the Hotel.  As part of his duties, such representative took photographs of signs and/or collateral items displayed in connection with the Hotel. Attached hereto as **Exhibit "D"** are copies of a photograph taken on October 29, 2008, depicting Defendants' continued use of the Best Western name and logos.

11.     Pursuant to paragraph 24 of the Membership Agreement, BEST WESTERN may claim liquidated damages from Defendants in an amount equal to fifteen percent (15%) of the mean of Defendants' room rates per day multiplied by the total number of rooms for every day Defendants continue to use the BEST WESTERN Marks in excess of the fifteen (15) day period allowed.  Defendants' hotel property has 198 rooms at an average daily room rate, as published by the defendants in the Best Western Travel Guide, of $115.00.  The information published in the Best Western Travel Guide was provided for publication by the defendants.  A copy of that portion of the 2008 Travel Guide relating to the Hotel is attached hereto as **Exhibit "E"**.

12.     Using the information provided to Best Western by Defendants concerning room rates and numbers of rooms, the formula for liquidated damages to the present, calculates to $3,415.50 per day.  Applying such amounts to the number of days following termination of membership of the hotel property and through `October 29, 2008` results in liquidated damages in the amount of $802,462.50.

13.     Vijay Patel is believed to be a member of Defendant Horizon Hospitality, L.L.C.  Vijay Patel is not a minor, and to the best of my knowledge is not in the military or otherwise exempted from a default judgment under the Servicemembers Civil Relief Act, 50 U.S.C. App. §§ 501, *et seq.*

Dated this ___ day of February, 2009.

_Cheryl Pollack_
Cheryl Pollack


SUBSCRIBED AND SWORN to before me this 18th day of February, 2009.

_Billie A. Hanson_
Notary Public

Billie A. Hanson
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
June 17, 2011

My Commission Expires:

June 17, 2011

# EXHIBIT A

# STATEMENT



## Best Western International, Inc
P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

| | ACCOUNT NO. | DATE: MO. DAY YR |
|---|---|---|
| | 01110 | 06 \| 01 \| 08 |

BIRMINGTON AIRPORT HOTEL
ATTN: MR. ANUP PATEL
3239 POINT MALLARD PKWY
PRICEVILLE, AL 35601

**PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE**    $ _____

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | MEMBER NO. 01-110 PREVIOUS BALANCE | | | 115,780.91 |
| 05 12 08 | 0005955033 | FREQUENT FLYERS – SEE ATTACHED | 4.50 | | |
| 05 12 08 | 0005957196 | GCC CHARGE 03-26-08 – 04-25-08 | 213.25 | | |
| 05 16 08 | FC-67344 | Service Charge on Balances 45 Days and Older | 1,705.66 | | |
| 05 22 08 | 0005978374 | MAY08 GDS – SEE ATTACHED | 91.20 | | |
| 05 22 08 | 0005980629 | MAY08 3RD PTY  INTERNET FEES | 13.20 | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| 2,027.81 | 2,077.98 | 906.96 | 81,590.35 | 31,205.62 | 117,808.72 |
| | | | | | NEW BALANCE |

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge
per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

## Best Western International, Inc

## STATEMENT



# Best Western International, Inc

P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

| ACCOUNT NO. | DATE: MO. DAY YR |
|---|---|
| 01110 | 07 \| 01 \| 08 |

BIRMINGTON AIRPORT HOTEL
ATTN: MR. ANUP PATEL
3239 POINT MALLARD PKWY
PRICEVILLE, AL 35601

**PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE**        $ _____

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | MEMBER NO. 01-110 PREVIOUS BALANCE | | | 117,808.72 |
| 06 13 08 | 0006015576 | GCC CHARGE 04-26-08 - 05-25-08 | 341.37 | | |
| 06 17 08 | FC-67788 | Service Charge on Balances 45 Days and Older | 1,736.84 | | |
| 06 19 08 | 0006028512 | FREQUENT FLYERS - SEE ATTACHED | 9.63 | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| 2,087.84 | 2,027.81 | 2,077.98 | 906.96 | 112,795.97 | 119,896.56 |
| | | | | | NEW BALANCE |

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge
per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

BWST01

# Best Western International, Inc

L                              **STATEMENT**                              PAGE        1



# Best Western International, Inc

P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

| | | | ACCOUNT NO. | DATE: MO. DAY YR |
|---|---|---|---|---|
| | | | 01110 | 09 \| 01 \| 08 |

BIRMINGTON AIRPORT HOTEL
ATTN: MR. ANUP PATEL
3239 POINT MALLARD PKWY
PRICEVILLE, AL 35601

**PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE**        $ _____

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | MEMBER NO. 01-110 PREVIOUS BALANCE | | | 121,729.66 |
| 08 18 08 | FC-68591 | Service Charge on Balances 45 Days and Older | 1,798.57 | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| 1,798.57 | 1,833.10 | 2,087.84 | 2,027.81 | 115,780.91 | 123,528.23 |
| | | | | | NEW BALANCE |

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge
per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

BWST01                    **Best Western International, Inc**

L

## STATEMENT

PAGE 1



# Best Western International, Inc

P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

**ACCOUNT NO.**    **DATE:**
MO. DAY YR

01110    10 | 01 | 08

```
BIRMINGTON AIRPORT HOTEL
ATTN: MR. ANUP PATEL
3239 POINT MALLARD PKWY
PRICEVILLE, AL 35601
```

---

**PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE**    $ _____

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | MEMBER NO. 01-110 PREVIOUS BALANCE | | | 123,528.23 |
| 09 17 08 | FC-68954 | Service Charge on Balances<br>45 Days and Older | 1,826.07 | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| 1,826.07 | 1,798.57 | 1,833.10 | 2,087.84 | 117,808.72 | 125,354.30 |
| | | | | | NEW BALANCE |

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge
per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

BWST01

# Best Western International, Inc

L

**STATEMENT** PAGE 1



# Best Western International, Inc

P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

**ACCOUNT NO.**
01110

**DATE:**
MO. DAY YR
11 | 01 | 08

BIRMINGTON AIRPORT HOTEL
ATTN: MR. ANUP PATEL
3239 POINT MALLARD PKWY
PRICEVILLE, AL 35601

---

**PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE**    $ _____

---

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|------|-----------|-------------|---------|----------|---------|
| | | MEMBER NO. 01-110 PREVIOUS BALANCE | | | 125,354.30 |
| 10 17 08 | FC-69412 | Service Charge on Balances 45 Days and Older | 1,853.05 | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---------|--------------|--------------|--------------|---------------|--------------------------|
| 1,853.05 | 1,826.07 | 1,798.57 | 1,833.10 | 119,896.56 | 127,207.35 |
| | | | | | NEW BALANCE |

**Terms:** **DUE AND PAYABLE UPON RECEIPT.**
All accounts 45 days past due and older are subject to a 1 1/2% late charge
per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

BWST01

# Best Western International, Inc

# EXHIBIT B







# EXHIBIT C







# EXHIBIT D



# EXHIBIT E

COMPLIMENTARY





**Best Western**

### The World's Largest Hotel Chain.®

# Best Western 2005

Hotel Guide and Road Atlas

United States   Canada   Mexico   Caribbean   Central America   South America

bestwestern.com®

Call 1.800.WESTERN® (1.800.937.8376) or your travel professional

Each Best Western® hotel is independently owned and operated.









# United States

ALABAMA FOR STATE MAP SEE PAGE 300

## ALABAMA

### BW Abbeville Inn — Abbeville

1237 US Hwy 431 South, Abbeville, AL 36310 Tel: 334-585-5060

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 55-84 | 59-84 |



Rms: 40 Highway (01065)

**Leisure:** Golf 10mi • Fishing, hunting 15mi • Lake Eufaula 25mi **General:** Newly remodeled • Microwave & refrigerator available • HBO • Fax • In-room hairdryers • Pets with deposit • Seasonal pool • High-speed Internet Tel: 334-585-5060

**Directions:** Hwy 431 south, Junction Hwy 27 & Hwy 431. Next to Hardee's and West Point Stevens.

### BW Horseshoe Inn — Alexander City

3146 Hwy 280, Alexander City, AL 35010 Tel: 256-234-6311

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 69-75 | 69-75 |



Rms: 64 Highway (01087)

**Leisure:** Lake Martin, Wind Creek Park 12mi **Business:** Russell Corp 1blk • Wireless Internet in all rooms **General:** Suites • Micro/fridge • Bass boat hookups • At door parking • 24hr C Store • Pool • No pets • Renovated rooms • FAX: 256-234-6314

**Directions:** Located intersection Hwy 280 at AL 22. 81mi SE of Birmingham, 41mi west of Auburn & Opelika, 44mi NE of Montgomery.

### BW Andalusia Inn — Andalusia

305 West Bypass, Andalusia, AL 36420 Tel: 334-222-9999

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-5/31 | 65-80 | 65-80 |
| 6/1-8/31 | 70-85 | 70-85 |
| 9/1-12/31 | 65-80 | 65-80 |



Rms: 41 Highway (01070)

**Leisure:** Antique shops, museum, theater 2mi **Business:** RJ-11 phone jacks • Free high-speed Internet access • Fax • Copier **General:** Outdoor seasonal pool • Micro-fridge • Coffeemaker • Jacuzzi® hot tub rooms • FAX: 334-222-4551

**Directions:** From Montgomery: I-65 Exit 114, Hwy 55S. From Mobile: I-65N Exit 93, Hwy 84E. Hwy 29 & 55 Bypass.

### BW Athens Inn — Athens

1329 Hwy 72 East, PO Box 1168, Athens, AL 35612 Tel: 256-233-4030

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 59-99 | 69-99 |



Rms: 83 Highway (01051)

**Leisure:** NASA Space Center 15mi • Fish 12mi • Business center on-site • Hi-speed Internet **General:** In-room coffee • Fridge • Micro • Seasonal pool May-Oct • 25in remote TV • HBO • CNN • ESPN • Small pets w/$10 fee • FAX: 256-233-4554

**Directions:** Midway between Nashville & Birmingham on NW corner of Hwy 72 & I-65, Exit 351. Easy on/off access.

### BW of Atmore — Atmore

6141 Hwy 21, Atmore, AL 36502 Tel: 251-368-8182

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 58-64 | 63-70 |



Rms: 88 Highway (01040)

**Leisure:** Casino w/1200 electronic gaming machines 1/2mi • Creek Indian Reservation 5mi **Business:** Fax & copier 24hr • Wireless HSIA • Bang rms **General:** Gulf 60mi • Ssnl outdr pool • Fridge • Micro • FAX: 251-368-1035

**Directions:** I-65 & Hwy 21, Exit 57. 5mi N of Atmore. 60mi N of Pensacola, FL. 56mi NE of Mobile, AL. 115mi S of Montgomery, AL.

### BW University Convention Center — Auburn

1577 South College Street, Auburn, AL 36831 Tel: 334-821-7001 • 800-AUBURN3

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-8/31 | 79-129 | 79-129 |
| 9/1-11/30 | 79-249 | 79-249 |
| 12/1-12/31 | 79-129 | 79-129 |



Rms: 121 Intown (01095)

**Leisure:** Jordan-Hare Stadium, Auburn Univ 1.5mi • Tuskegee Univ 8mi • Robert Trent Jones Golf Course 9mi • **General:** On-site rstrnt & lnge • Free hi-spd Net • Banquet/mtg rms • Small pets w/limitations & fee • FAX: 334-821-7008

**Directions:** Interstate 85, Exit 51, go north 1.5mi. Property on right, 1.5mi from Auburn University.

### BW Hotel & Suites — Bessemer

5041 Academy Lane, Bessemer, AL 35022 Tel: 205-481-1950 • 877-741-3232

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 99-250 | 99-250 |



Rms: 70 Highway (01085)

**Leisure:** Theme/water park, outlet shopping 2mi **Business:** Fax & copy service • Hi-speed Internet • Negotiated rates • Civic Center 2mi **General:** 5 restaurants adj • Spa • Seasonal pool • Truck parking • FAX: 205-481-2597

**Directions:** Exit 108 off I-20/59, 15mi south of Birmingham and 35mi east of Tuscaloosa.

### BW Birmingham Airport Hotel — Birmingham

5216 Messer Airport Highway, Birmingham, AL 35212 Tel: 205-591-7900

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 105-115 | 115-125 |

PHOTO NOT AVAILABLE AT TIME OF PRINTING

Rms: 198 Airport (01110)

**Leisure:** Civil Rights Museum 5mi • Downtown entertainment 3mi • Talladega 45mi **Business:** Convention Center 3mi • Business center on site **General:** Comp shuttle to airport • Pet friendly • Cocktail lounge-dinner • FAX: 205-591-6004

**Directions:** 1mi from BHM. From 20 & 59: take Exit 129, exit left. From Interstate 65 take Interstate 59 & 20 Exit 129, exit left.

### BW Carlton Suites — Birmingham

140 State Farm Pkwy, Birmingham, AL 35209 Tel: 205-940-9990 • 800-213-0079

| Seasons | 1PRS | 2PRS |
|---|---|---|
| 1/1-12/31 | 80-169 | 80-169 |



Rms: 103 Intown (01096)

**General:** All suites hotel • Hot buffet breakfast • Cocktails & hors d'oeuvres M-Th • Whirlpool suites available • Business center • Heated indoor pool • Wired & wireless Internet • Restaurants & shopping w/in 1mi • FAX: 205-940-9930

FOR ADDITIONAL BIRMINGHAM LISTINGS AND MAP SEE FOLLOWING PAGE